Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ron_Sung@fd.org

*Attorney for Petitioner Cirilo Galvez III

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Cirilo Galvez III,

Petitioner,

v.

State of Nevada, *et al.*,

Respondents.

Case No. 2:26-cv-02948-APG-DJA

**Motion to Extend Time to File Amended Petition**

**(First Request)**

## Points and Authorities

Petitioner Cirilo Galvez respectfully moves for an extension to file his amended § 2254 petition by 42 days until December 21, 2026. The amended petition is currently due on November 9, 2026. Respondents have not yet filed their appearance in this case. This is Petitioner's first request for an extension.

Petitioner filed his pro se federal habeas petition and motion for appointment of counsel on September 14, 2026.[1] This Court granted Petitioner's request and appointed the Federal Public Defender on October 2, 2026.[2] Undersigned counsel appeared on October 8, 2026.[3]

Counsel for Petitioner has been diligently obtaining Petitioner's case file but needs more time.

///

///

///

///

///

///

///

///

///

///

///

---

[1] ECF Nos. 1 and 2.

[2] ECF No. 5.

[3] ECF No. 6.

This motion is not filed for the purposes of delay, but in the interests of justice and the interests of Petitioner. Counsel respectfully asks this Court to grant Petitioner's request to extend the time.

Dated November 6, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ron Y. Sung*
Ron Y. Sung
Assistant Federal Public Defender

IT IS SO ORDERED:

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 17, 2026